# Court of Appeals
# of the State of Georgia

ATLANTA, February 17, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1100. HASSAN PIMENTEL v. THE STATE.**

Hassan Pimentel pleaded guilty to trafficking in cocaine, possession of MDMA, and possession of drug-related objects. On April 9, 2024, the trial court entered a judgment of conviction and sentenced Pimentel to 20 years, with 10 to be served in incarceration and the balance on probation. On May 8, 2025, the trial court entered an order denying Pimentel's motion to modify his sentence. Pimentel filed his notice of appeal from both that order and his conviction on December 12, 2025. We lack jurisdiction.

Pretermitting whether Pimentel was otherwise entitled to a direct appeal, his appeal was untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022). Here, Pimentel did not file his notice of appeal until more than 20 months after his conviction and more than six months after entry of the trial court's order denying the motion to modify his sentence.

In light of the foregoing, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 02/17/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.